UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:13-00113

MARCUS J. KENNER

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On December 20, 2023, the United States of America appeared by Francesca C. Rollo, Assistant United States Attorney, and the defendant, Marcus J. Kenner, appeared in person and by his counsel, John H. Tinney, Jr., for a hearing on the Petition, Amendment to Petition, and Second Amendment to Petition seeking revocation of supervised release, submitted by Senior United States Probation Officer Justin L. Gibson. The defendant commenced a twenty-four (24) month less one day term of supervised release in this action on September 3, 2021, as more fully set forth in the Judgment in a Criminal Case Order entered by the court on January 31, 2014, and the Supervised Release Revocation and Judgment Order Memorandum Opinion and Order entered by the court on February 17, 2021.

The court heard the admissions of the defendant, and the representations and arguments of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release by committing violations in the following respects:  (1) on February 18, 2023, the defendant committed the state offense of domestic battery, the victim of which is Kaylee Bolen and to which the defendant entered a guilty plea in the Circuit Court of Kanawha County, West Virginia, on December 11, 2023; (2) on February 8, 2022, the defendant submitted a urine specimen that tested positive for amphetamine and methamphetamine, which specimen was, on February 16, 2022, confirmed positive for amphetamine and methamphetamine, by the national testing laboratory, and on the same date the defendant admitted to his use of cocaine on or about March 1, 2022; (3) on January 20, February 22, March 29, May 17, June 7, June 13, and July 3, 2022, the defendant was instructed to report to the United States Probation Office that same date or the next day, except that the last one required him to report two days later, and the defendant failed to report to the Probation Office on each date as instructed; (4) the

defendant failed to submit written reports to the Probation Officer for the months of November 2021, March, April, May, June, July, August, September, October, November and December, 2022, and January and February, 2023; (5) on October 8, 2021, the defendant was instructed to participate in two random urine screens per month, and the defendant failed to report for random urine screens on October 29, November 11, December 1, and December 8, 2021, January 19, February 3, February 24, April 13, April 28, May 5, May 11, June 14, June 29 and July 7, 2022; and, (6) on March 9, 2022, the defendant was instructed by the Probation Officer to participate in two hours of individual substance abuse counseling per month, and the defendant failed to participate in counseling session on April 13, 2022, failed to attend one session during the month of May, and has failed to attend any sessions during the month of June, 2022; all as set forth in the petition and amendments to the petition on supervised release and admitted by the defendant and by the court's findings on the record of the hearing.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not

3

revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32.1(b)(2) and (c)(1) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of EIGHTEEN (18) MONTHS with no further term of supervised release.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: December 22, 2023

John T. Copenhaver, Jr.
Senior United States District Judge